In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-14-00316-CV
_____

CHEVRON PHILLIPS CHEMICAL COMPANY LP, Appellant

V.

KINGWOOD CROSSROADS, L.P., Appellee

On Appeal from the 410th District Court
Montgomery County, Texas
Trial Cause No. 14-04-04123 CV

ORDER

Chevron Phillips Chemical Company LP ("CP Chem") filed a motion to abate the appeal and to remand the case to the trial court for entry of findings of fact and conclusions of law. In an earlier appeal from the underlying trial, the appellate court reversed part of the judgment on the jury's verdict and remanded the case to the trial court "for determination of the amount of attorneys' fees Kingwood CrossRoads[, L.P.] is entitled to recover for its defense of CP Chem's breach-of-contract claim." *See Chevron Phillips Chem. Co. LP v. Kingwood*

1

*CrossRoads, L.P.*, 346 S.W.3d 37, 78 (Tex. App.—Houston [14th Dist.] 2011, pet. denied). The Court of Appeals instructed that the case was remanded "for Kingwood CrossRoads to segregate these fees or demonstrate segregation is not required and for the trial court to determine the amount of fees recoverable for defense of CP Chem's contract claim." *Id.* at 70. On remand, the trial court determined that the amount of attorneys' fees recoverable by Kingwood Crossroads, L.P. ("KCR") for its defense of CP Chem's contract claim is $2,648,101.50 plus post-judgment interest and additional sums in the event of further appeals. The trial court denied CP Chem's request for findings of fact and conclusions of law. In its response filed in opposition to the appellant's motion to abate, KCR argues that CP Chem is not entitled to findings of fact and conclusions of law because the proceeding on remand was not evidentiary in nature.

We abate the appeal and remand the case to the trial court for entry of findings of fact and conclusions of law. *See* Tex. R. Civ. P. 298. If the trial court resolved all issues as questions of law, without deciding any facts, it shall so state in its conclusions of law. The trial court shall allow the parties ten days after the trial court signs its findings of fact and conclusions of law to request additional findings and conclusions. *See* Tex. R. Civ. P. 298. The appeal is abated and all appellate timetables are suspended while the case is before the trial court. A

2

supplemental record, including any findings of fact made by the trial court and the trial court's conclusions of law, any additional findings and conclusions requested by the parties, and any additional or amended findings and conclusions made by the trial court, shall be filed with the Court of Appeals by October 28, 2014. The appeal will be reinstated without further order of this Court when the supplemental clerk's record is filed. The brief of the appellant shall be due thirty days after the supplemental clerk's record is filed with the Court of Appeals.

ORDER ENTERED September 18, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

3